1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         NORTHERN DISTRICT OF CALIFORNIA
11

United States District Court
For the Northern District of California

12   TREANDOUS COTTON,                    No. C 09-0385 WHA (PR)

13                     Plaintiff,          **ORDER EXTENDING TIME;**

14        v.                              **ORDER DIRECTING**
                                          **DEFENDANTS TO ALLOW**
15   MATTHEW CATE, et al.,                **PLAINTIFF ACCESS TO LEGAL**
                                          **MATERIALS**
16                     Defendants.
                                   /
17

18        This is a federal civil rights action filed by a *pro se* state prisoner. Plaintiff's

19   motion for an extension of time to file a response to defendants' motion for summary

20   judgment (Docket No. 64) is GRANTED. Plaintiff shall file his response on or before

21   March 15, 2012. No further extensions of time will be granted, plaintiff having known

22   about defendants' motion for nearly three months.

23        Plaintiff's requests for temporary restraining orders instructing defendants to

24   return his legal materials (Docket Nos. 65 & 67) are DENIED. Plaintiff has not

25   specified what materials are missing, nor has he specified how the alleged deprivation of

26   such materials prevented him from filing a timely response to defendants' motion.

27   Defendant Anthony Hedgpeth, Warden of Salinas Valley State Prison, is, however,

28   ordered to allow plaintiff reasonable and sufficient access to his legal materials that are

1   relevant to this action, <u>if</u> such materials are indeed being withheld.  The Clerk shall

2   terminate Docket Nos. 64, 65 & 67.

3         **IT IS SO ORDERED.**

4   Dated:  February  __24__, 2012

5                                                      WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2