United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON, | No. C 09-0385 WHA (PR) |
| Plaintiff, | **ORDER EXTENDING TIME;** |
| v. | **ORDER DIRECTING DEFENDANTS TO ALLOW PLAINTIFF ACCESS TO LEGAL MATERIALS** |
| MATTHEW CATE, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner. Plaintiff's motion for an extension of time to file a response to defendants' motion for summary judgment (Docket No. 64) is GRANTED. Plaintiff shall file his response on or before March 15, 2012. No further extensions of time will be granted, plaintiff having known about defendants' motion for nearly three months.

Plaintiff's requests for temporary restraining orders instructing defendants to return his legal materials (Docket Nos. 65 & 67) are DENIED. Plaintiff has not specified what materials are missing, nor has he specified how the alleged deprivation of such materials prevented him from filing a timely response to defendants' motion. Defendant Anthony Hedgpeth, Warden of Salinas Valley State Prison, is, however, ordered to allow plaintiff reasonable and sufficient access to his legal materials that are

1 relevant to this action, if such materials are indeed being withheld.  The Clerk shall
2 terminate Docket Nos. 64, 65 & 67.

**IT IS SO ORDERED.**

Dated:  February  24 , 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2