**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON, | No. C 09-0385 WHA (PR) |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent plaintiff having been located,

IT IS HEREBY ORDERED THAT: Adam Brezine, Haley Albertine, and Sara Ahmed of Bryan Cave LLP, are appointed as counsel for plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the court's Federal Pro Bono Project guidelines. All further proceedings are STAYED for four weeks from the date of this order. Counsel is requested to file a notice of appearance within two weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the

undersigned on **August 21, 2014 at 11:00 a.m.** in Courtroom No. 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates. No later than **August 14, 2014**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9. Any request to reschedule the date of the conference must be made in writing upon a showing of good cause, preferably by stipulation, and not later than **August 18, 2014**.

The clerk shall add plaintiff's appointed counsel to the docket, and send a copy of this order to Adam Brezine, Haley Albertine, and Sara Ahmed of Bryan Cave LLP, 560 Mission Street, 25th Floor, San Francisco, California 94105. The Clerk shall also send a copy of this order to plaintiff and defendants' counsel.

**IT IS SO ORDERED.**

Dated: July   9   , 2014

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2