United States District Court
For the Northern District of California

1

2

3

4

5

6                                   IN THE UNITED STATES DISTRICT COURT

7

8                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10      TREANDOUS COTTON,

11                 Plaintiff,                              No. C 09-00385 WHA

12           v.

13      A. HEDGPETH, Warden, G. A. NEOTTI,                 **ORDER VACATING**
        Deputy Chief Warden, S. SUMMERSETT,               **AUGUST 2014 CASE**
14      Departmental Food Administrator, A. LANDOU,        **MANAGEMENT ORDER**
        Chaplain, J. BRUNSCHER, Supervising
15      Correctional Cook, R. CONWAY, Correctional
        Food Manager, K. ROBINSON, Assistant
16      Correctional Food Manager, and R. MANUEL,

17                 Defendants.

18      _____/

19           The August 2014 case management order is hereby **VACATED**.  On October 7, our court

20      of appeals granted plaintiff's motion to extend the time to file a petition for rehearing and

21      rehearing en banc to November 7.  Accordingly, within **FIVE CALENDAR DAYS** of the earlier of

22      the filing of a petition for rehearing en banc or a mandate from our court of appeals, the parties

23      shall file a joint case management statement.  The stipulation to extend the initial disclosure

24      deadline is **DENIED AS MOOT**.

25

26           **IT IS SO ORDERED.**

27

28      Dated:   October 8, 2014.

                                                          _____
                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE