UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON, | No. 3:09-CV-0385 WHA (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

On October 14, 2014, the court entered an order granting the parties' stipulation to vacate the mandatory settlement conference set in this matter. (Doc. 102.) Accordingly, the writ of habeas corpus ad testificandum issued for the appearance of Plaintiff at the settlement conference on November 6, 2014, at Solano State Prison is HEREBY VACATED. Plaintiff shall not be transported.

IT IS SO ORDERED.

Dated: October 14, 2014

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON, | No. 3:09-CV-0385 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 14, 2014, I SERVED a true and correct copy of the attached and document no. 102, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2