IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

v.

A. HEDGPETH, Warden, G. A. NEOTTI, Deputy Chief Warden, S. SUMMERSETT, Departmental Food Administrator, A. LANDOU, Chaplain, J. BRUNSCHER, Supervising Correctional Cook, R. CONWAY, Correctional Food Manager, K. ROBINSON, Assistant Correctional Food Manager, and R. MANUEL,

    Defendants.

No. C 09-00385 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    In June 2014, our court of appeals affirmed in part, reversed in part, and remanded. A June 2014 order appointed *pro bono* counsel and set a case management conference. An August 2014 case management order set a case schedule with a March 24, 2015 trial date. That case schedule was then vacated because plaintiff filed a motion to extend the time to file a petition for rehearing *en banc*, which was granted. No petition for rehearing *en banc* was filed. On November 18, our court of appeals issued a mandate. A case management conference is set for **DECEMBER 4, 2014 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: November 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE