United States District Court

For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7        EUREKA DIVISION

8

9   TREANDOUS COTTON,                      No. 3:09-CV-0385 WHA  (NJV)

10             Plaintiff,                   ORDER AND WRIT OF HABEAS CORPUS
                                            AD TESTIFICANDUM
11        v.

12   MATTHEW CATE, et al.,

13             Defendants.
   _____/
14

15   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

16   person of Treandous Cotton, inmate no. T97805, presently in custody at the Salinas Valley State Prison,

17   as the presence of said witness will be necessary at proceedings in the above-entitled cause and

18   thereafter as may be required

19

20

21   Dated: December 30, 2014
                                            _____
                                            NANDOR J. VADAS
22                                          United States Magistrate Judge

23

24        THE PRESIDENT OF THE UNITED STATES OF AMERICA

25   TO:    Warden, Salinas Valley State Prison

26                              GREETINGS

27   WE COMMAND that you have and produce the body of TREANDOUS COTTON, inmate no. T97805,

28   in your custody in the hereinabove-mentioned institution, before the United States District Court  at

     Solano State Prison, on February 11, 2015, at 9:00 am., in order that said prisoner may then and there

**United States District Court**
For the Northern District of California

1   participate in the SETTLEMENT CONFERENCE in the matter of Cotton v. Cate, et al, and at the

2   termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

3   such order of the above-entitled Court as shall thereafter be made concerning the custody of said

4   prisoner, and further  to produce said prisoner at all times necessary until the termination of the

5   proceedings for which his testimony is required in this Court;

6          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

7   for the Northern District of California.

8

9   Dated:  December 30, 2014

10                                                    RICHARD WIEKING
                                                      CLERK, UNITED STATES DISTRICT COURT
11
                                                      By: Linn Van Meter
12                                                        Administrative Law Clerk

13

14

15
    Dated: December 30, 2014                          _____
16                                                    NANDOR J. VADAS
                                                      United S
17

18                                                    

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4        UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA

6        EUREKA DIVISION

7

8    TREANDOUS COTTON,                          No. 3:09-CV-0385 WHA (NJV)

9              Plaintiff,

10        v.                                     CERTIFICATE OF SERVICE

11   MATTHEW CATE, et al.,

12             Defendants.

13   _____/

14

15        I, the undersigned, hereby certify that on December 30,  2014, I SERVED a true and correct copy

16   of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

17   by depositing said envelope in the U.S. Mail.

18

19   Litigation Coordinator
     Salinas Valley State Prison
     P.O. Box 1020
20   Soledad, CA  93960-1020

21   (by fax also)

22

23

24                                              /s/ Linn Van Meter

25                                              _____
                                                       Linn Van Meter
26                                                 Administrative Law Clerk to
                                                the Honorable Nandor J. Vadas

27

28

---

United States District Court
For the Northern District of California

---

3