**United States District Court**
For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7        EUREKA DIVISION
8
9   TREANDOUS COTTON,                            No. 3:09-CV-0385 WHA  (NJV)
10            Plaintiff,                         ORDER VACATING WRIT OF HABEAS
                                                 CORPUS AD TESTIFICANUM
11       v.
12  MATTHEW CATE, et al.,
13            Defendants.
                                          /
14
15
16       On December 30, 2014, the court issued a Writ of Habeas Corpus Ad Testificandum for the
17  person of Treandous Cotton, inmate no. T97805, to attend a settlement conference at Solano State Prison
    on February 11, 2015, at 9:00 am.  (Doc. 111.)  On January 23, 2015, the court entered an order resetting
18  that settlement conference for February 24, 2015, at the Federal Courthouse in San Francisco.  (Doc.
19  112.)   Accordingly, the Writ of Habeas Corpus Ad Testificandum issued December 30, 2014, is
20  HEREBY VACATED.  A new writ will issue for the attendance of Plaintiff at the newly scheduled
21  settlement conference in San Francisco.
22
23
    DATED:  January 23, 2015                      _____
24
                                                  Nandor J. Vadas
25                                                United States Magistrate Judge
26
27
28

**United States District Court**

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5                              EUREKA DIVISION

6

7

8

9

10   TREANDOUS COTTON,                          No. 3:09-CV-0385 WHA (NJV)

        Plaintiff,

11

12      v.                                      CERTIFICATE OF SERVICE

13   MATTHEW CATE, et al.,

        Defendants.

14   _____/

15

16

17          I, the undersigned, hereby certify that on January 23, 2015, I SERVED a true and correct copy

18   of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

19   by depositing said envelope in the U.S. Mail.

20

21   Litigation Coordinator
     Salinas Valley State Prison
22   P.O. Box 1020
     Soledad, CA  93960-1020
23

24

25

26                                                    /s/ Linn Van Meter
27                                              _____
                                                      Linn Van Meter
28                                                    Administrative Law Clerk to
                                                      the Honorable Nandor J. Vadas

                                                2