UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | No. 3:09-CV-0385 WHA  (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Treandous Cotton, inmate no. T97805, presently in custody at the Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 23, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TREANDOUS COTTON, inmate no. T97805, in your custody in the hereinabove-mentioned institution, before the United States District Court at the Federal Courthouse at 450 Golden Gate Avenue in San Francisco, on February 24, 2015, at 2:30 pm., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the

1  matter of Cotton v. Cate, et al, and at the termination of said hearing return him forthwith to said
2  hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter
3  be made concerning the custody of said prisoner, and further to produce said prisoner at all times
4  necessary until the termination of the proceedings for which his testimony is required in this Court;

5      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: January 23, 2015

9      RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

11     By: Linn Van Meter
        Administrative Law Clerk

15 Dated: January 23, 2015     _____
    NANDOR J. VADAS
    United States Magistrate Judge



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TREANDOUS COTTON, | No. 3:09-CV-0385 WHA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MATTHEW CATE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 23, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3