IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

  v.

MATTHEW CATE, et al.,

    Defendants.

No. C 09-00385 WHA

**REQUEST RE STIPULATION TO EXTEND DEADLINES**

    The parties have filed a joint stipulation to extend discovery deadlines. No declarations explaining good cause for the proposed extensions were provided. The parties have until **APRIL 30 AT NOON**, to file declarations in support of their joint stipulation.

Dated: April 27, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE