1   **BRYAN CAVE LLP**
    Adam Brezine, California Bar No. 220852
2   Sara Ahmed, California Bar No. 286259
    Haley Albertine, California Bar No. 286946
3   560 Mission Street, Floor 25
    San Francisco, CA 94105
4   Telephone:      (415) 675-3400
    Facsimile:      (415) 675-3434
5   Email:          adam.brezine@bryancave.com
                    sara.ahmed@bryancave.com
6                   haley.albertine@bryancave.com
    *Attorneys for Plaintiff*
7   *Treandous Cotton*

8

    KAMALA D. HARRIS
9   Attorney General of California
    DANIELLE F. O'BANNON
10  Supervising Deputy Attorney General
    D. ROBERT DUNCAN
11  Deputy Attorney General
    State Bar No. 161918
12    455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
13    Telephone: (415) 703-5739
      Fax: (415) 703-5843
14    E-mail: Robert.Duncan@doj.ca.gov
    *Attorneys for Defendants*
15  *S. Summersett, R. Manuel, A. Hedgpeth, A. Landou,*
    *J. Brunscher, K. Robinson, G.A. Neotti, and R.*
16  *Conway*

17

18                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
19
                            SAN FRANCISCO DIVISION
20

21

22  | TREANDOUS COTTON, | C 09-0385 WHA |
    |---|---|
23  | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
24  | v. | |
25  | | |
    | MATTHEW CATE, et al., | |
26  | | |
    | Defendants. | |
27

28
                                    1

Plaintiff Treandous Cotton and Defendants Summersett, Manuel, Hedgpeth, Landou, Brunscher, Robinson, Neotti, and Conway ("Defendants") agree and stipulate to extend the discovery deadlines as follows:

| | |
|---|---|
| Non-Expert Fact Discovery cutoff | **June 19, 2015** |
| Expert Reports due | **July 17, 2015** |
| Expert Rebuttal reports due | **July 24, 2015** |
| Reply to Expert Reports due | **August 7, 2015** |
| Expert Discovery cutoff | **August 21, 2015.** |

This stipulation will not affect any other dates in this case.

Dated:  April 27, 2015         Respecfully submitted,

**BRYAN CAVE LLP**

By:   /s/ Sara Ahmed
       Sara Ahmed
       *Attorneys for Plaintiff*
       *Treandous Cotton*

Dated:  April 27, 2015         Respecfully submitted,

By:   /s/ D. Robert Duncan
       D. Robert Duncan
       Deputy Attorney General
       *Attorneys for Defendants A.*
       *Hedgpeth, G. A. Neotti, S. Summersett, A.*
       *Landou, J. Brunscher, R. Conway, K. Robinson,*
       *and R. Manuel*

2

J. Stip. & [Proposed] Order Extending Disc. Deadlines         *Cotton v. Cate, et al.* (C 09-0385 WHA)

**[PROPOSED] ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED, that the fact discovery deadlines will be extended as follows:

| | |
|---|---|
| Non-Expert Fact Discovery cutoff | **June 19, 2015** |
| Expert Reports due | **July 17, 2015** |
| Expert Rebuttal reports due | **July 24, 2015** |
| Reply to Expert Reports due | **August 7, 2015** |
| Expert Discovery cutoff | **August 21, 2015.** |

All other deadlines remain in place, including the September 23 final pretrial conference and September 28 trial date.

Dated: April 30, 2015.

_____
WILLIAM ALSUP
United States District Judge

SF2009202579
20728094.doc

3

J. Stip. & [Proposed] Order Extending Disc. Deadlines           *Cotton v. Cate, et al.* (C 09-0385 WHA)