IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

  v.

A. HEDGPETH, et al.,

    Defendants.

No. C 09-00385 WHA

**ORDER ADVANCING HEARING TO MAY 14**

Pro bono counsel have filed a motion to withdraw, noticed for June 11. The June 11 hearing is hereby advanced to **MAY 14 AT 2:00 P.M.** Counsel for the parties shall please arrange for plaintiff to appear telephonically at the hearing. Counsel should please contact the Courtroom Deputy, Dawn Toland, (415) 522-2020, regarding any dial-in information.

**IT IS SO ORDERED.**

Dated: May 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE