IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

  v.

A. HEDGPETH, et al.,

    Defendants.

No. C 09-00385 WHA

**ORDER GRANTING PRO BONO COUNSEL'S MOTION TO WITHDRAW**

This order follows the May 14 hearing regarding pro bono counsel's motion to withdraw. Pro bono counsel, plaintiff, and defense counsel appeared. For the reasons stated at oral argument, the motion to withdraw is hereby **GRANTED**. Bryan Cave LLP is hereby relieved from this action. No further pro bono counsel will be appointed. Plaintiff will proceed *pro se*. All existing deadlines remain in place, including the **SEPTEMBER 28, 2015 AT 7:30 A.M.** trial date.

**IT IS SO ORDERED.**

Dated: May 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE