IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>  Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>  Defendants.<br>_____ / | No. C 09-00385 WHA (PR)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TREANDOUS COTTON, Inmate No. T-97805, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: August   31  , 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   William Muniz, Warden of Salinas Valley State Prison

ATTN: Guadalupe Lopez, Litigation Coordinator at Salinas Valley State Prison

**GREETINGS:**

WE COMMAND that you have and produce the body of TREANDOUS COTTON, Inmate No. T-97805, in your custody in the herein above-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 8, at 7:30 a.m. on September 28, 2015, in order that said prisoner may then and there participate in the TRIAL in the matter of *Cotton v. Hedgpeth, et al.*, No. 09-00385 WHA, and at the termination of said trial return him forthwith to said herein above-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

Witness the Honorable William Alsup, District Judge of the United States District Court for the Northern District of California.

Dated: ~~August    31    , 2015~~.
    September 2, 2015

~~RICHARD WIEKING~~  Dawn Toland
CLERK, UNITED STATES DISTRICT COURT

Dated: August   31   , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE