IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-00385 WHA (PR)<br><br>**ORDER OF DISMISSAL;**<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>(Docket Nos. 153, 156 and 159) |

Pursuant to the parties' stipulation for voluntary dismissal with prejudice (dkt. 159), this federal civil rights action is **DISMISSED** with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

The writ of habeas corpus ad testificandum (dkt. 155) is **VACATED**.

Defendants' motion for a writ of habeas corpus ad testificandum (dkt. 153) and plaintiff's motion to compel discovery (dkt. 156) are **DENIED** as moot.

The Clerk shall terminate Docket Nos. 153, 156, and 159, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: September 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TREANDOUS COTTON,

    Plaintiff,

v.

MATHEW CATE et al,

    Defendant.

Case Number: CV09-00385 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Treandous Cotton
T-97805
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: September 16, 2015

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk