IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON, | No. C 09-00385 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

The parties having stipulated to a voluntary dismissal of this action with prejudice, judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: September 16, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>        Plaintiff,<br><br>v.<br><br>MATHEW CATE et al,<br><br>        Defendant. | Case Number: CV09-00385 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Treandous Cotton
T-97805
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: September 16, 2015

                                        Richard W. Wieking, Clerk

                                        *Tracy Lucero*

                                        By: Tracy Lucero, Deputy Clerk